UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS PAREDES,

          Plaintiff,

- against -

FELICITA OTIZ and FRITO LAY ROLLING,

          Defendants.

**ORDER**

20 Civ. 9828 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for October 28, 2021 is adjourned to **November 16, 2021 at 9:45 a.m.**

Dated: New York, New York
       October 26, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge